UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO: 7:13-CR-00060-BR

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| RONALD TORYANNA BEA JR. | ) | |

This matter is before the court on defendant's unopposed motion to continue sentencing and motion to seal the motion to continue and this order. For good cause shown, the motion to continue is ALLOWED, and the motion to seal is ALLOWED IN PART. Sentencing is CONTINUED to 4 February 2014. The Clerk is DIRECTED to maintain the motion to continue under seal. This order shall be filed in the public record.

This 21 November 2013.

                                                W. Earl Britt
                                                Senior U.S. District Judge