# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

　　　　　　　　　　　　v.　　　　　　　　　　　　Crim. No. 7:13-CR-60-1BR

**RONALD TORYANNA BEA JR.**

　　　On October 30, 2015, the above named was released from prison and commenced a term of supervised release for a period of 36 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,　　　　　　　　　　I declare under penalty of perjury that the foregoing is true and correct.

/s/ Robert L. Thornton　　　　　　　　　　　/s/ C. Lee Meeks, Jr.
Robert L. Thornton　　　　　　　　　　　　C. Lee Meeks, Jr.
Supervising U.S. Probation Officer　　　　　U.S. Probation Officer
　　　　　　　　　　　　　　　　　　　　　200 Williamsburg Pkwy, Unit 2
　　　　　　　　　　　　　　　　　　　　　Jacksonville, NC 28546-6762
　　　　　　　　　　　　　　　　　　　　　Phone: 910-346-5105
　　　　　　　　　　　　　　　　　　　　　Executed On: March 14, 2018

## ORDER OF COURT

　　　Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

　　　Dated this __15__ day of __March__, 2018.

　　　　　　　　　　　　　　　　　　　　　W. Earl Britt
　　　　　　　　　　　　　　　　　　　　　Senior U.S. District Judge